IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

COMMONWEALTH LAND TITLE
INSURANCE COMPANY,

        Plaintiff,

v.

CENTERPARK THEATRE, L.L.C. et al.,

        Defendants.

PRP REI, LLC,

        Crossclaim Plaintiff,

v.

CENTERPARK THEATRE, L.L.C., and
CENTERPARK TWO, L.L.C.,

        Crossclaim Defendants.

Case No. 8:14-cv-03509-GJH

## CONSENT ORDER DIRECTING DISBURSEMENT OF ESCROWED FUNDS AND DISMISSING ACTION

    Based on the parties' representation that they have agreed to compromise and settle their dispute, the stipulations below, and other matters of record, and based on the parties' joint request for the entry of this Consent Order, it is this ___1st___ day of ~~June~~ July, 2015, ORDERED that

    1.    Within 10 days of entry of this Order, the Court shall distribute the $300,000.00 principal held in escrow as follows: $20,000 to Centerpark Theatre, L.L.C. and $20,000 to Centerpark Two, L.L.C.; $200,000 to Remington, Inc.; and $60,000 to PRP REI, LLC.

2. At the same time as the disbursement of principal, the Court shall disburse the interest accrued on the principal in escrow as follows: 6.67% to Centerpark Theatre, L.L.C. and 6.67% to Centerpark Two, L.L.C.; 66.66% to Remington, Inc.; and 20.00% to PRP REI, LLC.

3. On or shortly after the fourteenth day after entry of this Order, the Clerk of the Court shall dismiss this case with prejudice, each party to bear its own fees and costs; and

4. This Order is a final order.

Date: June 30, 2015

Rhett Petcher (MD Bar No. 18293)
Seyfarth Shaw LLP, 975 F St. N.W.,
Washington, DC 20004
*Counsel for PRP REI, LLC*

Date: June 30, 2015

Geoffrey T. Hervey
BREGMAN, BERBERT, SCHWARTZ
  & GILDAY, LLC
7315 Wisconsin Avenue
Suite 800 West
Bethesda, MD 20814
Telephone: (301) 656-2707 • Fax: (301) 961-6525
E-mail: Ghervey@bregmanlaw.com

*Counsel for Centerpark Theatre, L.L.C. and Centerpark Two, L.L.C.*

**SO ORDERED.**

_____
United States District Court Judge